**NOT FOR PUBLICATION WITHOUT THE
APPROVAL OF THE APPELLATE DIVISION**

This opinion shall not "constitute precedent or be binding upon any court." Although it is posted on the internet, this opinion is binding only on the parties in the case and its use in other cases is limited. R. 1:36-3.

SUPERIOR COURT OF NEW JERSEY
APPELLATE DIVISION
DOCKET NO. A-0212-22

IN RE 2019 SPECIAL RULING
AUTHORZING CERTAIN
ACTIVITIES BY HOLDERS
OF LIMITED BREWERY
LICENSES AND 2022
LIMITED BREWERY
SPECIAL CONDITIONS.

Submitted January 29, 2024 – Decided February 7, 2024

Before Judges Sabatino, Marczyk and Chase.

On appeal from the New Jersey Department of Law and Public Safety, Division of Alcoholic Beverage Control.

Jonathan Morgan Houghton (Pacific Legal Foundation), Caleb R. Trotter (Pacific Legal Foundation) of the California bar, admitted pro hac vice, Luke A. Wake (Pacific Legal Foundation) of the California bar, admitted pro hac vice, attorneys for appellant Death of the Fox Brewing Co. (Jonathan Morgan Houghton, Caleb R. Trotter, and Luke A. Wake, on the briefs).

Matthew J. Platkin, Attorney General, attorney for respondent Division of Alcoholic Beverage Control (Donna Sue Arons, Assistant Attorney General, of counsel; Kristina L. Miles, Nicolas G. Seminoff,

Charlie A. Stegner-Freitag, Deputy Attorneys General,
on the brief).

PER CURIAM

We have been advised that his matter has been resolved and the parties have stipulated to the dismissal of this appeal. Accordingly, the appeal is dismissed with prejudice and without costs.

I hereby certify that the foregoing
is a true copy of the original on
file in my office.

CLERK OF THE APPELLATE DIVISION

A-0212-22